# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Curtis Burston, Jr. | )<br>)<br>) Case No: 5:04-CR-371-2F<br>) USM No: 24896-056 |
| Date of Previous Judgment: June 14, 2005<br>(Use Date of Last Amended Judgment if Applicable) | )<br>) Defendant's Attorney  Thomas P. McNamara |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

IT IS ORDERED that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __360__ months is reduced to 294 months in each of Counts 1 & 3*. If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 262 to 327 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain) :

### III. ADDITIONAL COMMENTS

*The sentence reduction applies only to Counts 1 and 3, and is concurrent. The sentence in Count 2 is unchanged and is concurrent with Counts 1 and 3, for a total sentence of 294 months imprisonment.
Except as provided above, all provisions of the judgment dated June 14, 2005 shall remain in effect.

IT IS SO ORDERED.

Order Date: 12/23/2010

_James C. Fox_
Judge's signature

Effective Date: _____
(if different from order date)

James C. Fox, Senior U.S. District Judge
Printed name and title